Form ocvp  (Revised 05/2017)

**United States Bankruptcy Court – District of Kansas**
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 21−21084                    Chapter: 7

In re:

William Scott Herbst
22165 W 124th Terrace
Olathe, KS 66061

| Date Case was Filed 9/23/21 | ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY | Filed and Entered By The Court 9/24/21 David D. Zimmerman Clerk of Court US Bankruptcy Court |
|---|---|---|

Debtor(s)' voluntary petition is missing the following document(s):

DeBN Request Form

The missing document(s) must be filed within fourteen (14) days of the date the case was filed. Document(s) must be submitted using the latest version of the appropriate forms, available at: www.uscourts.gov.

IT IS ORDERED THAT FAILURE TO TIMELY FILE THE MISSING DOCUMENT(S) MAY RESULT IN DISMISSAL.

Document 7                                                 s/   Robert D. Berger
                                                           Judge, United States Bankruptcy Court